IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH W. BUECHEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 08-cv-132-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1 (Federal Tort Claims Act for negligence based on the conditions leading to the possible transmission of a staphylococcus infection in the laundry facility) in favor of defendant United States of America and against plaintiff Joseph W. Buechel; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2 (Federal Tort Claims Act for medical malpractice) is dismissed with prejudice.

**DATED: May 13, 2013**           NANCY J. ROSENSTENGEL, Clerk of Court

**s/Jina Hoyt, Deputy Clerk**

**Approved:**     s/J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**